MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Ahmed Mansoor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AHMED MANSOOR,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:18-cr-00224 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER<br><br>(Doc. 13) |

**STIPULATION**

COMES NOW, Defendant, Ahmed Mansoor, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on March 20, 2019.

2. By this stipulation, defendants now move to continue the status hearing to **April 24, 2019 at 2:30 p.m.** before the Honorable Jennifer L. Thurston, and to exclude time between the date of this stipulation and April 24, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. Counsel for defendant will be engaged in trial in the case of *People v. Miguel Aldaco*

1

BF167017C in Kern County and is unable to attend the status conference in this matter on Wednesday, March 20, 2019.  Furthermore, Defense Counsel has received the plea agreement in this matter and requires additional time to review the document with Mr. Mansoor.

      b.      The government does not object to, and agrees with, the requested continuance.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to April 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 18, 2019

                         /s/ Monica L. Bermudez
                         MONICA L. BERMUDEZ
                         Counsel for Defendant
                         Ahmed Mansoor

DATED: March 18, 2019

                         /s/ Brian Delaney
                         BRIAN DELANEY
                         Assistant United States Attorney

**ORDER**

The Court **FINDS** and **ORDERS**:

1. The time period of the date of this order to April 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial;

2. The status conference is CONTINUED to April 24, 2019 at 2:30 p.m.

IT IS SO ORDERED.

Dated: **March 19, 2019**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE