| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | BRIAN K. DELANEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00224-LJO-SKO |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| MANSOOR AZIZ AHMED, | |
| Defendant. | |

On April 8, 2019, defendant Mansoor Aziz Ahmed entered a guilty plea to the one count Indictment which charges him with Making a Materially False Statement in violation of 18 U.S.C. § 1001.

As part of his plea agreement with the United States, defendant Mansoor Aziz Ahmed agreed to forfeit $57,000.00 as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which represents the total amount of proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1001, to which he has pled guilty. <u>See</u> Defendant Ahmed's Plea Agreement ¶ II.D. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Mansoor Aziz Ahmed in the amount of $57,000.00.

///

APPLICATION AND ORDER FOR MONEY JUDGMENT 1

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Manoor Aziz Ahmed's conviction for violating 18 U.S.C. § 1001.  Said amount represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date:  April 24, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Brian K. Delaney
BRIAN K. DELANEY
Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Mansoor Aziz Ahmed in the amount of $57,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:  **April 25, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE