| | |
|---|---|
| MONICA L. BERMUDEZ<br>Attorney at Law, SBN 275434<br>1670 M Street<br>Bakersfield, CA 93301<br>Telephone: (661) 616-2141<br>Facsimile: (661) 322-7675<br><br>Attorney for the Defendant<br>Mansoor Ahmed | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>MANSOOR AHMED,<br><br>                   Defendants. | CASE NO. 1:18-CR-224 LJO<br><br><u>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER</u><br><br>DATE: December 16, 2019<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

COMES NOW, Defendant, Mansoor Ahmed, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Tuesday October 15, 2019.

2. By this stipulation, defendant now moves to vacate the sentencing and set this matter for sentencing on December 16, 2019 **at 8:30 a.m.** before the Honorable Lawrence J. O'Neill, and to exclude time between the date of this stipulation and December 16, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for Mansoor Ahmed needs additional time to discuss the final presentence investigation report with her client and prepare a sentencing memorandum on her client's behalf.

b. The government does not object to, and agrees with, the requested continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to December 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 4, 2019

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
MANSOOR AHMED

DATED: October 4, 2019

/s/Vincente Tennerelli
VINCENTE TENNERELLI
Assistant United States Attorney

**O R D E R**

The time period of the date of this order to December 16, 2019 inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated: **October 4, 2019**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE