MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Mansoor Ahmed

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-224 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| MANSOOR AHMED, | DATE: January 27, 2020<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neil |

**STIPULATION**

COMES NOW, Defendant, MANSOOR AHMED, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 6, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **January 27, 2020 at 9:00 a.m.** before the Honorable Lawrence J. O'Neil. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Mr. Ahmed is required to pay $57,000 in restitution. Mr. Ahmed wishes to pay the restitution before he is sentenced. Mr. Ahmed has been unable to come up with the entirety of the

1

restitution and requests until January 27, 2020 so he can attempt to meet this obligation.

      b.      The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: January 2, 2020

                              /s/ Monica L. Bermudez
                              MONICA L. BERMUDEZ
                              Counsel for Defendant
                              MANSOOR AHMED

DATED: January 2, 2020

                              /s/ Vincente Tennerelli
                              VINCENTE TENNERELLI
                              Assistant United States Attorney

# **O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of January, 2020. The time period of the date of this order to January 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated:  **January 2, 2020**              /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE