**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for:
MANSOOR AHMED

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00224 |
| Plaintiff, | **ORDER TO EXTEND SURRENDER DATE** |
| vs. | |
| MANSOOR AHMED, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD, AND VINCENTE TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MANSOOR AHMED, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant, MANSOOR AHMED, herein, be extended from March 20, 2020 to April 20, 2020 for the following reason(s):

Based on the recent National Emergency caused by the spread of COVID-19 (coronavirus), Counsel is requesting an extended turn in date for Mr. Ahmed so he can self-quarantine and limit his exposure and others exposure. Counsel was informed that the Board of Prisons requested Counsel to petition for a later self-surrender date during this National Emergency.

Based in the foregoing, good cause is hereby found to extend the surrender date to the aforementioned date.

DATED: March 18, 2020

Respectfully Submitted,

*/s/* **Monica L. Bermudez**
MONICA L. BERMUDEZ
Attorney for Defendant

MANSOOR AHMED

**ORDER**

**IT IS SO ORDERED** that the defendant's surrender date into the custody of the U.S. Bureau of Prisons is extended to April 20, 2020.

IT IS SO ORDERED.

Dated: __**March 19, 2020**__

_____
UNITED STATES DISTRICT JUDGE