1  **MONICA L. BERMUDEZ**
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Tel: (661) 616-2141
   Fax: (661) 322-7675
4  Email: monica@lawbermudez.com

5  Attorney for:
   MANSOOR AHMED
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:18-CR-00224 |
|---|---|
| Plaintiff, | ) **ORDER TO EXTEND SURRENDER DATE** |
| vs. | ) |
| MANSOOR AHMED, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD, AND VINCENTE TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MANSOOR AHMED, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant, Mansoor Ahmed, herein, be extended from April 20, 2020 to May 22, 2020 for the following reason(s):

Based on the recent National Emergency caused by the spread of COVID-19 (coronavirus), Counsel is requesting an extended turn in date for Mr. Ahmed. Counsel was informed that the Board of Prisons requested Counsel to petition for a later self-surrender date during this National Emergency. Assistant United States Attorney, Vincente Tennerelli, does not object to an additional 30-day extension due to the current state of emergency.

Based in the foregoing, good cause is hereby found to extend the surrender date to the aforementioned date.

Proposed Order to Extend Surrender Date

1

Respectfully Submitted,

DATED: April 20, 2020  */s/* **Monica L. Bermudez**
MONICA L. BERMUDEZ
Attorney for Defendant

MANSOOR AHMED

**ORDER**

**IT IS SO ORDERED** that the defendant's surrender date is extended to May 22, 2020.

IT IS SO ORDERED.

Dated: __**April 20, 2020**__           _____
UNITED STATES DISTRICT JUDGE