LAW OFFICE OF
TORRES | TORRES STALLINGS
A LAW CORPORATION
DAVID A. TORRES, SBN 135059
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
MANSOOR AZIZ AHMED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>MANSOOR AZIZ AHMED,<br><br>Defendants. | Case No. 1:18-cr-00224 NONE<br><br><br><br><u>STIPULATION AND ORDER FOR BRIEFING SCHEDULE</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND VINCENTE A. TENNERALLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MANSOOR AHMED, by and through his attorney of record, DAVID A. TORRES, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: February 3, 2021

Respectfully Submitted,
*/s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
Ahmed Mansoor

DATED: February 3, 2021

*/s/Vincente A. Tennerelli*
Vincente Tennerelli
Assistant U.S. Attorney

1

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **Due February 19, 2021**

Government/Respondent's Opposition Brief **Due March 5, 2021**

Defendant's/Petitioner's Rely (if any) **Due March 12, 2021**

IT IS SO ORDERED.

Dated:   **February 4, 2021**                              /s/ Dale A. Drozd
                                                                      UNITED STATES DISTRICT JUDGE