McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00224-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| MANSOOR AZIZ AHMED, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on February 18, 2021. (Doc. 49). Pursuant to Local Rule, the government's response is due on February 25, 2021, with any reply from the defendant due on February 28, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before March 4, 2021;

    b)  The defendant's reply to the government's response to be filed on or before March 11, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 25, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated: February 25, 2021 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant<br>MANSOOR AZIZ AHMED |

**ORDER**

  Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion, (Doc. 49), is due on or before March 4, 2021;

  b)  The defendant's reply to the government's response, if any, is due on March 11, 2021.

IT IS SO ORDERED.

  Dated: **February 26, 2021**      /s/ Dale A. Drozd
                   UNITED STATES DISTRICT JUDGE