# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANSOOR AZIZ AHMED,<br><br>　　　　Defendant. | ) Case No: 1:18-CR-00224-LHR-SKO-1<br>)<br>) **ORDER REASSIGNING CASE TO**<br>) **JUDGE DALE A. DROZD**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　This case was reassigned by Chief Judge Kimberly J. Mueller for consideration of the defendant's motion for compassionate release under 18 U.S.C. § 3582. (Docket Entry No. 47). Having denied the motion, (Docket Entry No. 60), the court reassigns this case to Judge Dale A. Drozd for all further proceedings.

　　　SIGNED on April 27, 2021, at Houston, Texas.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　Chief United States District Judge