**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00224-JLT-SKO |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION |
| MANSOOR AZIZ AHMED, | (Doc. 62) |
| Defendant. | |

On July 7, 2022, Defendant Mansoor Ahmed filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in relation to the above-captioned case. (Doc. 62.) The Court has preliminarily reviewed Ahmed's motion and concludes that it would be aided by a response from the government. Accordingly, the government shall have until **January 13, 2023** to file any opposition, and Defendant Ahmed shall have until **February 3, 2023** to file a reply.

IT IS SO ORDERED.

Dated:   **November 7, 2022**

_____
UNITED STATES DISTRICT JUDGE

1