# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANSOOR AZIZ AHMED,<br><br>    Defendant. | Case No. 1:18-CR-00224 JLT SKO<br><br>ORDER DENYING REQUEST FOR RECONSIDERATION RE DENIAL OF MOTION FOR COMPASSIONATE RELEASE<br><br>(Doc. 63) |

On February 18, 2021, Mansoor Aziz Ahmed, through counsel, filed a motion for compassionate release pursuant to 18 U.S.C § 3582(c)(1) premised upon his concern about contracting COVID-19 in prison. (Doc. 49.) U.S. District Judge Lee H. Rosenthal denied the motion on March 24, 2021, explaining that Defendant had contracted COVID twice and recovered; that his medical conditions did not warrant compassionate release; and that the factors set forth in 18 U.S.C. § 3553(a), including Defendant's criminal history, his new indictment while on pretrial release, and his failure to self-surrender as ordered, weighed "heavily" against early release. (Doc. 60.)

On July 7, 2022, Defendant moved for reconsideration. (Doc. 63.) Shortly thereafter, the matter was reassigned to the undersigned.[1] In his reconsideration motion, Defendant asserts that the Court was not presented with "documentation, medical or otherwise . . . of any aggravating or

---

[1] The motion for reconsideration was not properly flagged for action by the Court at the time of filing.

qualifying medical conditions" supporting the need for compassionate release, though "the filer did offer such (full) information to his (previous) counsel." (Doc. 63 at 1.) Defendant blames his former lawyer for failing to present those records and the government for failing to submit them to the Court. (*Id*. at 3.) He asserts generally that he has "longstanding and inherent factors putting [him] at extreme risk for harm or death" but fails to explain what those conditions are. (*Id*. at 2.) To the extent the filing was intended to be a stand-alone motion for reconsideration, it is unsupported and therefore is DENIED.[2]

### CONCLUSION AND ORDER

For the reasons set forth above, Defendant's motion for reconsideration of the denial of his motion for compassionate release (Doc. 63) is DENIED.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE

---

[2] To the extent Defendant was requesting leave to file additional documents, no such leave was required.